1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11

CEDRIC GREENE,                                          )
                                                        )     Case No. 2:15-cv-00598-APG-CWH
                            Plaintiff,                  )
                                                        )     **ORDER**
vs.                                                     )
                                                        )
LEONARD R. TRAYLOR,                                     )
                                                        )
                            Defendant.                 )
_____ )

12
13
14
15

16      This matter comes before the Court on Plaintiff's civil rights complaint (doc. # 1), filed April 1,

17     2015.  Plaintiff is proceeding in this action <u>pro se</u>.  Plaintiff submitted his complaint (doc. # 1)

18     pursuant to 42 U.S.C. § 1983, but did not pay the required filing fee of $400.00 or file an application

19     to proceed <u>in forma pauperis</u> in compliance with 28 U.S.C. § 1915 and Local Rule LSR 1-1.

20      A filing fee of $400.00 is required to commence a civil action before this Court.  The Court

21     may only authorize the commencement of an action without prepayment of fees and costs or security

22     therefor, by a person who submits an affidavit that includes a statement showing the person is unable

23     to pay such costs.  28 U.S.C. § 1915(a)(1); <u>see also</u> LSR 1-1.

24      Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall file an application to proceed

25     <u>in forma pauperis</u>, accompanied by a signed financial certificate.

26      **IT IS FURTHER ORDERED** that the Clerk of Court shall send Plaintiff a blank application

27     form for <u>pro se</u> litigants, and Plaintiff shall have **until May 9, 2015** in which to submit the completed

28     application or pay the $400.00 filing fee. Failure to comply with this order will result in a

1    recommendation to the district judge for dismissal of the instant action.

2         DATED: April 9, 2015

3

4

5    _____
     **C.W. Hoffman, Jr.**
     **United States Magistrate Judge**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28