1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CEDRIC GREENE,                                    )
                          Plaintiff,              )        Case No. 2:15-cv-00598-APG-CWH
                                                  )
vs.                                               )        **ORDER**
                                                  )
LEONARD R. TRAYLOR,                               )
                          Defendant.              )
_____          )

        This matter comes before the Court on Plaintiff's application to proceed <u>in forma pauperis</u> (doc. # 3), filed April 23, 2015.

**1.    <u>In Forma Pauperis</u> Application**

        Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing an inability to prepay fees and costs or give security for them.  Accordingly, the request to proceed <u>in form pauperis</u> is granted pursuant to § 1915(a).  The Court now turns to Plaintiff's complaint.

**2.    Screening the Complaint**

        Upon granting a request to proceed <u>in forma pauperis</u>, a court must screen a complaint pursuant to § 1915(a).  A review of Plaintiff's complaint, doc. # 1, reveals that Plaintiff fails to establish how this Court has jurisdiction over the parties, and why the instant case is properly before this Court.  As such, this Court directs Plaintiff to file an amended complaint addressing these issues.

//

//

1    Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's application to proceed <u>in forma</u>

2  <u>pauperis</u> (doc. # 3) is **granted**.  Plaintiff is directed to file an amended complaint **no later than**

3  **May 18, 2015**.

4    DATED: May 4, 2015

5

6

7  _____
   **C.W. Hoffman, Jr.**

8  **United States Magistrate Judge**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2