UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CEDRIC GREENE,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LEONARD R. TRAYLOR,<br><br>　　　　　　　　　Defendant. | Case No. 2:15-cv-0598-APG-CWH<br><br>**Order Accepting Report and Recommendation and Dismissing Case** |

　　　On May 28, 2015, Magistrate Judge Hoffman entered his Report and Recommendation recommending dismissal of this case without prejudice. (Dkt. #8.) Plaintiff filed an objection. (Dkt. #9.) I have conducted a *de novo* review of the issues set forth in the Report and Recommendation. Judge Hoffman's Report and Recommendation sets forth the proper legal analysis and factual basis for the decision. Therefore,

　　　IT IS HEREBY ORDERED that the Report and Recommendation is accepted, and this case is DISMISSED without prejudice.   The clerk of the court shall enter Judgment accordingly.

　　　Dated: July 6, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE