UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CEDRIC GREENE, | Case No. 2:15-cv-00598-APG-CWH |
| Plaintiff, | |
| v. | **ORDER DENYING RECONSIDERATION** |
| LEONARD R. TRAYLOR, | (Dkt. #13) |
| Defendant. | |

Plaintiff Cedric Greene moved for reconsideration of my prior order accepting the Magistrate Judge's report and recommendation and dismissing this case without prejudice. Greene requests that the Chief Judge of this District act as an appellate judge to review my decision. He also asks that if the Chief Judge cannot review my decision, that the court treat his motion as an appeal so long as it does not go to the federal appellate court "that is located within San Francisco, California." (Dkt. #13.)

I deny reconsideration. The Chief Judge of this District does not act as an appellate judge to review the decisions of other District Judges in this District. Additionally, an appeal from this court in this action must be taken to the United States Court of Appeals for the Ninth Circuit. 28 U.S.C. § 1294.

IT IS THEREFORE ORDERED that plaintiff Cedric Greene's motion for reconsideration **(Dkt. #13) is DENIED**.

DATED this 4th day of August, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE